*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-2011-02          *Resuelto:* 29 de agosto de 2011

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A, se enmienda la Resolución de 10 de junio de 2011 a los efectos de constituir la composición de la Segunda Sala de Verano que funcionará durante el receso del Tribunal del:

*Del 4 de septiembre al 11 de septiembre de 2011*

Hon. Federico Hernández Denton, *presidente*
Hon. Rafael L. Martínez Torres
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración y, asimismo, para convocar al Pleno del Tribunal cuando sea necesario. El Tribunal continuará emitiendo y certificando opiniones y sentencias durante todo el receso de verano.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*